IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| HELEN MOSS, | * | |
| Plaintiff, | * | |
| vs. | * | |
| | | CASE NO. 3:10-CV-36 (CDL) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * | |
| | * | |
| Defendant | * | |

## ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on June 3, 2011 is hereby approved, adopted, and made the Order of the Court.

After a thorough review, the objection of the Plaintiff has been considered and is found to be without merit. To the extent that the ALJ may not have developed the record as fully as the Court may have preferred on the precise issue argued by Plaintiff, the Court finds that a remand for that purpose would be a futile exercise because the record otherwise establishes that Plaintiff would not prevail.

IT IS SO ORDERED, this 29th day of June, 2011.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE